IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| APPHARVEST PRODUCTS, LLC, *et al.*[1] | Case No. 23-90745 (DRJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CLOSING OF RICHMOND/MOREHEAD SALE TRANSACTION**

On August 1, 2023, the Debtors executed an asset purchase agreement (as amended, modified, or supplemented from time to time, the "Stalking Horse APA")[2] for the sale of the Richmond/Morehead Assets. The Debtors filed the executed Stalking Horse APA as Exhibit 1 to the *Notice of Executed Stalking Horse APA and Filing of Key Transaction Documents* [Docket No. 127].

On September 12, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered an order [Docket No. 432] (the "Sale Order") authorizing and approving entry into the Stalking Horse APA and the Richmond/Morehead Sale Transaction contemplated thereunder.

On September 29, 2023, the Closing occurred in accordance with the Richmond/Morehead APA and the Sale Order.

If you would like to obtain a copy of the Richmond/Morehead APA, or related documents, free of charge, you may: (a) access the Debtors' restructuring website at https://cases.stretto.com/appharvest/; (b) write to AppHarvest Ballot Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (c) call (833) 216-0292 (toll-free) or 949620-1088 (internationally); or (d) email AppHarvestInquiries@stretto.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at https://ecf.txsb.uscourts.gov/.

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtors' federal tax identification number, are: AppHarvest Operations, Inc. (5929), AppHarvest, Inc. (2965), AppHarvest Farms, LLC (7067), AppHarvest Morehead Farm, LLC (1527), AppHarvest Richmond Farm, LLC (0632), AppHarvest Berea Farm, LLC (3140), AppHarvest Pulaski Farm, LLC (2052), AppHarvest Development, LLC (None), Rowan County Development, LLC (0700), AppHarvest Technology, Inc. (4868), AppHarvest Products, LLC (5929), and AppHarvest Foundation, LLC (None). The Debtor's service address is 500 Appalachian Way, Morehead, KY 40351.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Stalking Horse APA, the *Order (I)(A) Approving Biddig Procedures; (B) Approving the Selection of Stalking Horse Purchaser; (C) Approving the Debtors' Entry Into the Stalking Horse APA and Approving Bid Protections; (D) Scheduling Auctions and Sale Hearing; (E) Approving Form and Manner of Sale Notice; (F) Approving Form and Manner of Potential Assumption and Assignment Notice; (G) Approving the Form and Manner of Post-Auction Notice; (H) Approving Assumption and Assignment Procedures; and (II) Granting Related Relief* [Docket No 298]; or the Sale Order.

1

Dated: September 30, 2023
Houston, Texas

| | |
|---|---|
| */s/ Matthew D. Cavenaugh* | |
| **JACKSON WALKER LLP** | **SIDLEY AUSTIN LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Stephen E. Hessler (admitted *pro hac vice*) |
| Vienna Anaya (TX Bar No. 24091225) | Anthony Grossi (admitted *pro hac vice*) |
| Emily Meraia (TX Bar No. 24129307) | Patrick Venter (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 787 Seventh Avenue |
| Houston, Texas 77010 | New York, New York 10019 |
| Telephone: (713) 752-4200 | Telephone: (212) 839-5300 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 839-5599 |
| Email: vanaya@jw.com | Email: shessler@sidley.com |
| emeraia@jw.com | agrossi@sidley.com |
| | pventer@sidley.com |
| | |
| | Duston McFaul (TX Bar No. 24003309) |
| | Jeri Leigh Miller (TX Bar No. 24102176) |
| | 1000 Louisiana Street, Suite 5900 |
| | Houston, Texas 77002 |
| | Telephone: (713) 495-4500 |
| | Facsimile: (713) 495-7799 |
| | Email: dmcfaul@sidley.com |
| | jeri.miller@sidley.com |

*Co-Counsel to the Debtors and Debtors in Possession*