IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>APPHARVEST PRODUCTS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90745 (DRJ)<br><br>(Jointly Administered)<br>**Re: Docket No. 530** |

## NOTICE OF VIRTUAL STATUS CONFERENCE REGARDING STATUS OF THE SALE OF SOMERSET ASSETS

A status conference regarding the status of the sale of the Somerset Assets pursuant to the *Order (I) Approving Memorandum of Agreement Regarding Compliance with Sale Order and (II) Granting Related Relief* [Docket No. 530] has been scheduled for **December 7, 2023, at 2:30 p.m. (prevailing Central Time)** (the "Status Conference") before Judge Jones of the United States Bankruptcy Court, Houston Division (the "Court"). **You may participate in the Status Conference only remotely by an audio and video connection.**

**Remote Participation Instructions**. If you wish to attend the Status Conference remotely, audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Jones' conference room number is **205691**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones' homepage. The meeting code is "JudgeJones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**Status Conference Appearances**. Status Conference appearances must be made electronically in advance of the Status Conference. To make your appearance, click the "Electronic Appearance" link on Judge Jones homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtors' federal tax identification number, are: AppHarvest Operations, Inc. (5929), AppHarvest, Inc. (2965), AppHarvest Farms, LLC (7067), AppHarvest Morehead Farm, LLC (1527), AppHarvest Richmond Farm, LLC (0632), AppHarvest Berea Farm, LLC (3140), AppHarvest Pulaski Farm, LLC (2052), AppHarvest Development, LLC (None), Rowan County Development, LLC (0700), AppHarvest Technology, Inc. (4868), AppHarvest Products, LLC (5929), and AppHarvest Foundation, LLC (None). The Debtor's service address is 500 Appalachian Way, Morehead, KY 40351.

Dated: October 4, 2023
Houston, Texas

/s/ *Vienna F. Anaya*

| | |
|---|---|
| **JACKSON WALKER LLP** | **SIDLEY AUSTIN LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Stephen E. Hessler (admitted *pro hac vice*) |
| Vienna F. Anaya (TX Bar No. 24091225) | Anthony Grossi (admitted *pro hac vice*) |
| Emily Meraia (TX Bar No. 24129307) | Patrick Venter (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 787 Seventh Avenue |
| Houston, Texas 77010 | New York, New York 10019 |
| Telephone: (713) 752-4200 | Telephone: (212) 839-5300 |
| Facsimile: (713) 752-4221 | |
| Email:  vanaya@jw.com | Facsimile: (212) 839-5599 |
|            emeraia@jw.com | Email: shessler@sidley.com |
| |            agrossi@sidley.com |
| |            pventer@sidley.com |
| | |
| | Duston McFaul (TX Bar No. 24003309) |
| | Jeri Leigh Miller (TX Bar No. 24102176) |
| | 1000 Louisiana Street, Suite 5900 |
| | Houston, Texas 77002 |
| | Telephone: (713) 495-4500 |
| | Facsimile:  (713) 495-7799 |
| | Email: dmcfaul@sidley.com |
| |            jeri.miller@sidley.com |

*Co-Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on October 4, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                       */s/ Vienna F. Anaya*
                                                       Vienna F. Anaya