United States Courts
Southern District of Texas
FILED

OCT 27 2023

Nathan Ochsner, Clerk of Court

Honorable Judge David R. Jones
United States Bankruptcy Court
Southern District of Texas
515 Rusk Street
Houston, Texas 77002

Dear Judge Jones,

Your Honor, this letter is a desperate request to spare my life savings regarding the stock shares of APPHARVEST, INC. As a seventy three year old 100% disabled Vet, my sole income is my disability and social security checks. Please don't dissolve my stock shares and any of those remaining investors when you render your bankruptcy ruling of APPHARVEST. This profitable company is currently creating, shipping and selling its product, - while still paying executives and employee salaries.

The best earnings of my business career only lasted five years with a nice salary to invest. At that time, I sought the counsel of a professional investment advisor, only to be betrayed with churning and illegal trades. Arbitration resulted in large losses and lifelong advisor distrust. Using a Charles Schwab account, I sought solid stocks that would provide a return, while being faced with an economy that offered little investments with low interest rates of only one percent. Stock investments seemed the only good option. However, more losses occurred while suffering considerable anxiety & stress.

Your Honor, my purchase of APPHARVEST did not benefit with professional investor advice but only my own research in finding understandable and new technology companies with a good product. APPHARVEST asked us to invest in a company that would be beneficial to the environment using less water & power, employing stressed Appalachia workers, providing a food source in a needy world and helping the vast problem of climate change.

As a single guy with no one to turn to for advice, I believed these company statements of helping our citizens and country. APPHARVEST has **not** answered my calls or emails since they filed. Your Honor the stock price is under a penny a share. The speculators, investment traders, etc. are long gone. Please don't dissolve my retirement income with a fair bankruptcy protection and just decision.

Very Respectfully,

Thomas Fick
200 Greytwig Rd., Apt 213
Vero Beach, FL 32963



FROM:
Thomas Fick
200 Greytwig Rd
Apt 213
Vero Beach FL
32963

TO:
Honorable Judge David R. Jones
U.S. Bankruptcy Court
Southern District of Texas
515 Rusk St.
Houston, Texas
77022