United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 27, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| APPHARVEST PRODUCTS, LLC, *et al.,* | Case No. 23-90745 (CML) |
| Debtors.[1] | Jointly Administered |

### ORDER GRANTING FINAL APPLICATION OF
### MCDERMOTT WILL & EMERY LLP FOR COMPENSATION FOR
### SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
### FROM AUGUST 3, 2023 THROUGH SEPTEMBER 14, 2023

The Court has considered the *Final Application of McDermott Will & Emery LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 3, 2023 through September 14, 2023* (the "Application") filed by McDermott Will & Emery LLP (the "Applicant"), the Court orders:

1.      Applicant is allowed compensation and reimbursement of expenses in the amount of $1,365,385.80 for the period set forth in the application.

2.      The compensation and reimbursement of expenses allowed in this order are approved on a final basis.

---

[1]      The Debtors in this chapter 11 case, together with the last four digits of the Debtors' federal tax identification number, are: AppHarvest Operations, Inc. (5929), AppHarvest, Inc. (2965), AppHarvest Farms, LLC (7067), AppHarvest Morehead Farm, LLC (1527), AppHarvest Richmond Farm, LLC (0632), AppHarvest Berea Farm, LLC (3140), AppHarvest Pulaski Farm, LLC (2052), AppHarvest Development, LLC (None), Rowan County Development, LLC (0700), AppHarvest Technology, Inc. (4868), AppHarvest Products, LLC (5929), and AppHarvest Foundation, LLC (None). The Debtors' service address is 500 Appalachian Way, Morehead, KY 40351.

3.     The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.


Signed:  November 27, 2023

Christopher Lopez
United States Bankruptcy Judge